

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00036-CV

| | | |
|---|---|---|
| LESTER J. STRAIT; KENNETH TAYLOR AND SHANNON TAYLOR, INDIVIDUALLY AS ASSIGNEES OF LESTER J. STRAIT, Appellants<br><br>V.<br><br>SAVANNAH COURT PARTNERSHIP; PSJ PROPERTIES, LTD.; V. PATRICK GRAY CUSTOM HOMES, INC.; HOME CREEK, L.L.C.; JMJ TORIAN PROPERTIES L.L.C.; CHEATHAM PARTNERS; MICHAEL P. AND SARAH NEUSTADT; JAMES D. AND VIVIAN S. COLLIER; HATWATER, L.L.C.; GAZIM IDOSKI; ATWOOD CUSTOM HOMES, INC.; LAURA HILL, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SOUTHLAKE; SHANA YELVERTON, IN HER OFFICIAL CAPACITY AS CITY MANAGER OF THE CITY OF SOUTHLAKE; SEAN RUCKEL; LENA RUCKEL; TINKU ABRAHAM; ASHA ABRAHAM; FIRST NATIONAL BANK; PROVIDENCE BANK; AND PLAINSCAPITAL BANK, Appellees | § § § § § | On Appeal from the 342nd District Court<br><br>of Tarrant County (342-281936-15)<br><br>May 16, 2019<br><br>Opinion by Chief Justice Sudderth |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Savannah Partnership, PSJ Properties, Ltd., V. Patrick Custom Homes, Inc., Home Creek LLC, JMJ Torian Properties, L.L.C., Cheatham Partners, Michael and Sarah Neustadt, James D. and Vivian S. Collier, Hatwater LLC, Gazim Idoski, Sean and Lena Ruckel, Tinku and Asha Abraham, First National Bank, Providence Bank, and PlainsCapital Bank, Laura Hill, in her Official Capacity as Mayor of the City of Southlake, and Shana Yelverton, in her Official Capacity as City Manager of the City of Southlake shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth